EXHIBIT 2(b)

| (C)ontinental 🐎 | **Corporate Human Relations** | |
|---|---|---|
| Area of application: | All Continental U.S. locations | Original Issue:<br>Effective Date: | 12/01/2008<br>02/01/2019 |

## *Bereavement Leave*

### CONTENTS

  I.  **PURPOSE** ...................................................................................................1
 II.  **SCOPE** ........................................................................................................1
III.  **EFFECTIVE** ...............................................................................................1
IV.  **POLICY** .....................................................................................................1
 V.  **PROCEDURE** ............................................................................................2
VI.  **ADMINISTRATION** ..................................................................................2

### I. PURPOSE

This policy defines the provisions of bereavement leave for Continental, the "Company". For purposes of this policy, the Company includes the following legal entities: Continental Automotive Systems, Inc., Continental Intelligent Transportation Systems, LLC, Continental Powertrain USA, LLC, Tire the Americas, LLC, ContiTech North America, Inc. ContiTech Oil & Marine Corp. and its subsidiaries.[1]

### II. SCOPE

This Policy applies to all full-time, non-represented salaried and hourly employees. Benefits eligible part time employees are eligible for a pro-rated benefit. Contractors and interns are not eligible.

### III. EFFECTIVE

This Policy is amended effective as of the date indicated and any and all prior plans, programs, policies or practices of the Company relating to the Policy are hereby superseded.

### IV. POLICY

The company provides employees with the Company time away from work to attend to funeral rites or arrangements for designated family members. The pay for this time off is for absences only on normally scheduled work days, including shift differential, if applicable, and the daily paid hours equivalent will be no more than the normal scheduled work day hours.

---

[1] For the following entities utilizing a combination of corporate policies and location policies, please see Human Relations for the appropriate policy: Continental Intelligent Transportation Systems, LLC, O'Sullivan Films, Inc., Bestdrive, LLC, Hoosier Racing Tire, Corp., Continental Advanced Lidar Solutions US, LLC and Zonar Systems, Inc.

CONTINENTAL 000064

| **C̣ontinental ⚘** | **Corporate Human Relations** |
|---|---|

| Area of application: | All Continental U.S. locations | Original Issue:<br>Effective Date: | 12/01/2008<br>02/01/2019 |
|---|---|---|---|

## *Bereavement Leave*

The Company will provide up to five (5) days (less than or equal to 40 hours paid time) off with pay in the event of a death of a legal spouse, child or step child.

The Company will provide up to three (3) days (less than or equal to 36 hours paid time) off with pay in the event of the death of a parent, step parent, sister, brother, grandparent, grandchild; or for in-laws (spouse's parent, sister, brother or grandparent, son or daughter-in-law).

The day following the funeral is normally considered the last day for which bereavement leave will be extended. However, employees may elect Paid Time Off, if needed in conjunction with a leave, provided they have approval from their immediate supervisor.

Veterans or reservists of the Armed Services will also be permitted leave to prepare for and serve on an honor guard at the funeral of a veteran.

## V. PROCEDURE

An employee needing time off for bereavement must follow normal notification procedures to inform his/her immediate supervisor and the Human Relations Department of the need for time off and the relationship involved.

If the leave time is approved, Human Relations encodes the pay system for the time missed as approved leave time and confirms the leave to the employee and to the supervisor.

Time off under this policy will count toward eligibility for overtime pay.

Upon returning to work, the employee should provide the Human Relations Department with appropriate documentation to support the leave request.

An employee on workers compensation leave or other approved leave of absence from the Company is not eligible for bereavement leave. Should a bereavement situation occur during Company vacation shutdown periods, or designated plant holidays the employee may not apply for additional time under this bereavement leave policy.

Should an employee be overpaid bereavement benefits, the Company has the right to recover those payments through subsequent payroll cycles to recover the overpayments or from their final pay with the Company.

CONTINENTAL 000065

| **C**ontinental | Corporate Human Relations |
|---|---|
| Area of application: | All Continental U.S. locations | Original Issue:<br>Effective Date: | 12/01/2008<br>02/01/2019 |

## *Bereavement Leave*

## VI.  ADMINISTRATION

The Corporate Human Relations Department of the Company is responsible for administering this Policy.
*The "Company" as defined above reserves the right to interpret any questions which may arise concerning the eligibility, application or implementation of this Policy.  Any questions concerning this Policy should be directed to the Vice-President of Human Relations, North America or his/her designee.*

*The Company reserves the right to amend or terminate this Policy at any time.    Any amendments shall be executed by the Vice President of Human Relations, North America.*

*This Policy does not constitute an employment contract, nor is it intended to make commitments concerning their employment with the Company.  Employment with the Company is "at will".  The Company and its employees are in an employment relationship that can be ended by either party, at any time and for any reason that either deems appropriate.*

CONTINENTAL 000066