# EXHIBIT 4

| Data statistics | Number of |
|---|---|
| Records passed | 68 |

CONTINENTAL 000054

| Cost Ctr | Pernr. | Last name | First name | A/AType | Text | Start Date | End Date | Start Time | End Time | Hrs | Points | Deduction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 60009023 | Washington | Gary |  | Abs Point Balance as of | 05/31/2018 | 05/31/2018 |  |  |  |  | 0.00000 |
| 80660 | 60009023 | Washington | Gary | 1100 | P:PTO-Paid Time Off | 06/08/2018 | 06/08/2018 | 19:00:00 | 07:00:00 | 12.00 |  | 0.00000 |
| 80660 | 60009023 | Washington | Gary | 2117 | U:CCU-Company Convenien. | 06/11/2018 | 06/11/2018 | 18:45:00 | 19:00:00 | 0.25 |  | 0.00000 |
| 80660 | 60009023 | Washington | Gary | 1100 | P:PTO-Paid Time Off | 06/17/2018 | 06/17/2018 | 07:00:00 | 19:00:00 | 12.00 |  | 0.00000 |
| 80660 | 60009023 | Washington | Gary | 1100 | P:PTO-Paid Time Off | 06/19/2018 | 06/19/2018 | 19:00:00 | 07:00:00 | 12.00 |  | 0.00000 |
| 80660 | 60009023 | Washington | Gary | 1100 | P:PTO-Paid Time Off | 06/25/2018 | 06/25/2018 | 17:00:00 | 19:00:00 | 2.00 |  | 0.00000 |
| 80660 | 60009023 | Washington | Gary | 1100 | P:PTO-Paid Time Off | 06/26/2018 | 06/26/2018 | 17:00:00 | 19:00:00 | 2.00 |  | 0.00000 |
| 80660 | 60009023 | Washington | Gary | 1100 | P:PTO-Paid Time Off | 06/27/2018 | 06/27/2018 | 17:00:00 | 19:00:00 | 2.00 |  | 0.00000 |
| 80660 | 60009023 | Washington | Gary | 1100 | P:PTO-Paid Time Off | 06/28/2018 | 06/28/2018 | 17:00:00 | 19:00:00 | 2.00 |  | 0.00000 |
|  | 60009023 | Washington | Gary |  | Abs Point Balance as of | 06/30/2018 | 06/30/2018 |  |  |  |  | 0.00000 |
| 80660 | 60009023 | Washington | Gary | 1119 | P:FLP-Floater/Per Holiday | 07/24/2018 | 07/24/2018 | 07:00:00 | 19:00:00 | 12.00 |  | 0.00000 |
|  | 60009023 | Washington | Gary |  | Abs Point Balance as of | 07/31/2018 | 07/31/2018 |  |  |  |  | 0.00000 |
| 80660 | 60009023 | Washington | Gary | 1100 | P:PTO-Paid Time Off | 08/10/2018 | 08/10/2018 | 07:00:00 | 19:00:00 | 12.00 |  | 0.00000 |
| 80660 | 60009023 | Washington | Gary | 1100 | P:PTO-Paid Time Off | 08/11/2018 | 08/11/2018 | 07:00:00 | 19:00:00 | 12.00 |  | 0.00000 |
| 80660 | 60009023 | Washington | Gary | 1100 | P:PTO-Paid Time Off | 08/12/2018 | 08/12/2018 | 07:00:00 | 19:00:00 | 12.00 |  | 0.00000 |
|  | 60009023 | Washington | Gary |  | Abs Point Balance as of | 08/31/2018 | 08/31/2018 |  |  |  |  | 0.00000 |
| 80660 | 60009023 | Washington | Gary | 2106 | U:UML-FMLA Unpaid | 09/01/2018 | 09/01/2018 |  |  | 12.25 |  | 0.00000 |
| 80660 | 60009023 | Washington | Gary | 2106 | U:UML-FMLA Unpaid | 09/07/2018 | 09/07/2018 |  |  | 12.25 |  | 0.00000 |
| 80660 | 60009023 | Washington | Gary | 2120 | U:CNU-Call No Show | 09/08/2018 | 09/08/2018 |  |  | 12.25 | 1.00 | 0.00000 |
| 80660 | 60009023 | Washington | Gary | 2120 | U:CNU-Call No Show | 09/09/2018 | 09/09/2018 |  |  | 12.25 |  | 0.00000 |
| 80660 | 60009023 | Washington | Gary | 2104 | U:EXU-Excused Unpaid | 09/12/2018 | 09/12/2018 |  |  | 12.25 |  | 0.00000 |
| 80660 | 60009023 | Washington | Gary | 2104 | U:EXU-Excused Unpaid | 09/13/2018 | 09/13/2018 |  |  | 12.25 |  | 0.00000 |
| 80660 | 60009023 | Washington | Gary | 2104 | U:EXU-Excused Unpaid | 09/17/2018 | 09/17/2018 | 09:43:00 | 19:00:00 | 9.28 |  | 0.00000 |
|  | 60009023 | Washington | Gary |  | Abs Point Balance as of | 09/30/2018 | 09/30/2018 |  |  |  | 1.00 | 0.00000 |
|  | 60009023 | Washington | Gary |  | Abs Point Balance as of | 10/31/2018 | 10/31/2018 |  |  |  | 1.00 | 0.00000 |
| 80660 | 60009023 | Washington | Gary | 1119 | P:FLP-Floater/Per Holiday | 11/15/2018 | 11/15/2018 | 11:00:00 | 19:00:00 | 8.00 |  | 0.00000 |
|  | 60009023 | Washington | Gary |  | Abs Point Balance as of | 11/30/2018 | 11/30/2018 |  |  |  | 1.00 | 0.00000 |
| 80660 | 60009023 | Washington | Gary | 2106 | U:UML-FMLA Unpaid | 12/01/2018 | 12/01/2018 |  |  | 12.25 |  | 0.00000 |
|  | 60009023 | Washington | Gary |  | Absence Points | 12/09/2018 | 12/09/2018 |  |  |  | 1.00- | 0.00000 |
| 80660 | 60009023 | Washington | Gary | 2120 | U:CNU-Call No Show | 12/11/2018 | 12/11/2018 |  |  | 12.25 | 1.00 | 0.00000 |
|  | 60009023 | Washington | Gary |  | Abs Point Balance as of | 12/31/2018 | 12/31/2018 |  |  |  | 1.00 | 0.00000 |
| 80660 | 60009023 | Washington | Gary | 1311 | P:FLP-Family Leave -PTO | 01/02/2019 | 01/02/2019 | 19:00:00 | 07:00:00 | 12.00 |  | 0.00000 |
| 80660 | 60009023 | Washington | Gary | 1119 | P:FLP-Floater/Per Holiday | 01/09/2019 | 01/09/2019 | 13:00:00 | 19:00:00 | 6.00 |  | 0.00000 |
| 80660 | 60009023 | Washington | Gary | 1119 | P:FLP-Floater/Per Holiday | 01/10/2019 | 01/10/2019 | 13:00:00 | 19:00:00 | 6.00 |  | 0.00000 |
| 80660 | 60009023 | Washington | Gary | 2104 | U:EXU-Excused Unpaid | 01/29/2019 | 01/29/2019 | 18:45:00 | 19:00:00 | 0.25 |  | 0.00000 |
| 80660 | 60009023 | Washington | Gary | 1119 | P:FLP-Floater/Per Holiday | 01/29/2019 | 01/29/2019 | 19:00:00 | 07:00:00 | 12.00 |  | 0.00000 |
|  | 60009023 | Washington | Gary |  | Abs Point Balance as of | 01/31/2019 | 01/31/2019 |  |  |  | 1.00 | 0.00000 |
| 80660 | 60009023 | Washington | Gary | 1119 | P:FLP-Floater/Per Holiday | 01/31/2019 | 01/31/2019 | 18:45:00 | 20:07:00 | 1.37 |  | 0.00000 |
| 80660 | 60009023 | Washington | Gary | 2104 | U:EXU-Excused Unpaid | 02/05/2019 | 02/05/2019 | 06:45:00 | 07:00:00 | 0.25 |  | 0.00000 |
| 80660 | 60009023 | Washington | Gary | 1100 | P:PTO-Paid Time Off | 02/05/2019 | 02/05/2019 | 07:00:00 | 19:00:00 | 12.00 |  | 0.00000 |
| 80660 | 60009023 | Washington | Gary | 2104 | U:EXU-Excused Unpaid | 02/07/2019 | 02/07/2019 | 17:00:00 | 19:00:00 | 2.00 |  | 0.00000 |
| 80660 | 60009023 | Washington | Gary | 2104 | U:EXU-Excused Unpaid | 02/23/2019 | 02/23/2019 | 06:45:00 | 07:00:00 | 0.25 |  | 0.00000 |
| 80660 | 60009023 | Washington | Gary | 1100 | P:PTO-Paid Time Off | 02/23/2019 | 02/23/2019 | 07:00:00 | 19:00:00 | 12.00 |  | 0.00000 |
| 80660 | 60009023 | Washington | Gary | 2104 | U:EXU-Excused Unpaid | 02/24/2019 | 02/24/2019 | 06:45:00 | 07:00:00 | 0.25 |  | 0.00000 |
| 80660 | 60009023 | Washington | Gary | 1100 | P:PTO-Paid Time Off | 02/24/2019 | 02/24/2019 | 07:00:00 | 19:00:00 | 12.00 |  | 0.00000 |
| 80660 | 60009023 | Washington | Gary | 1100 | P:PTO-Paid Time Off | 02/26/2019 | 02/26/2019 | 18:45:00 | 22:45:00 | 4.00 |  | 0.00000 |
|  | 60009023 | Washington | Gary |  | Abs Point Balance as of | 02/28/2019 | 02/28/2019 |  |  |  | 1.00 | 0.00000 |
|  | 60009023 | Washington | Gary |  | Absence Points | 03/12/2019 | 03/12/2019 |  |  |  | 1.00- | 0.00000 |
| 80660 | 60009023 | Washington | Gary | 1100 | P:PTO-Paid Time Off | 03/26/2019 | 03/26/2019 | 18:45:00 | 22:32:00 | 3.78 |  | 0.00000 |
| 80660 | 60009023 | Washington | Gary | 1100 | P:PTO-Paid Time Off | 03/28/2019 | 03/28/2019 | 18:45:00 | 22:28:00 | 3.72 |  | 0.00000 |

Selection period from 05/02/2018 to 05/02/2019

| Cost Ctr | Pernr. | Last name | First name | A/AType | Text | Start Date | End Date | Start Time | End Time | Hrs | Points | Deduction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 60009023 | Washington | Gary |  | Abs Point Balance as of | 03/31/2019 | 03/31/2019 |  |  |  |  | 0.00000 |
| 80660 | 60009023 | Washington | Gary | 2120 | U:CNU-Call No Show | 04/02/2019 | 04/02/2019 |  |  | 12.25 | 1.00 | 0.00000 |
| 80660 | 60009023 | Washington | Gary | 2120 | U:CNU-Call No Show | 04/03/2019 | 04/03/2019 |  |  | 12.25 |  | 0.00000 |
| 80660 | 60009023 | Washington | Gary | 1100 | P:PTO-Paid Time Off | 04/04/2019 | 04/04/2019 |  |  | 12.25 |  | 0.00000 |
| 80660 | 60009023 | Washington | Gary | 1331 | P:FRL-Funeral/Bereavement | 04/12/2019 | 04/14/2019 |  |  | 36.75 |  | 0.00000 |
|  | 60009023 | Washington | Gary | 1331 | P:FRL-Funeral/Bereavement | 04/12/2019 | 04/14/2019 |  |  | 36.75 |  | 0.00000 |
|  | 60009023 | Washington | Gary | 1331 | P:FRL-Funeral/Bereavement | 04/12/2019 | 04/14/2019 |  |  | 36.75 |  | 0.00000 |
| 80660 | 60009023 | Washington | Gary | 2120 | U:CNU-Call No Show | 04/15/2019 | 04/15/2019 |  |  | 12.25 | 1.00 | 0.00000 |
| 80660 | 60009023 | Washington | Gary | 2120 | U:CNU-Call No Show | 04/19/2019 | 04/19/2019 |  |  | 12.25 | 1.00 | 0.00000 |
| 80660 | 60009023 | Washington | Gary | 2120 | U:CNU-Call No Show | 04/20/2019 | 04/20/2019 |  |  | 12.25 |  | 0.00000 |
| 80660 | 60009023 | Washington | Gary | 2120 | U:CNU-Call No Show | 04/21/2019 | 04/21/2019 |  |  | 12.25 |  | 0.00000 |
| 80660 | 60009023 | Washington | Gary | 2114 | U:NRU-No Report Unpaid | 04/23/2019 | 04/23/2019 |  |  | 12.25 | 2.00 | 0.00000 |
| 80660 | 60009023 | Washington | Gary | 2114 | U:NRU-No Report Unpaid | 04/24/2019 | 04/24/2019 |  |  | 12.25 | 2.00 | 0.00000 |
| 80660 | 60009023 | Washington | Gary | 2120 | U:CNU-Call No Show | 04/25/2019 | 04/25/2019 |  |  | 12.25 |  | 0.00000 |
| 80660 | 60009023 | Washington | Gary | 2114 | U:NRU-No Report Unpaid | 04/29/2019 | 04/29/2019 |  |  | 12.25 | 2.00 | 0.00000 |
| 80660 | 60009023 | Washington | Gary | 2120 | U:CNU-Call No Show | 04/30/2019 | 04/30/2019 |  |  | 12.25 |  | 0.00000 |
|  | 60009023 | Washington | Gary |  | Abs Point Balance as of | 04/30/2019 | 04/30/2019 |  |  |  | 9.00 | 0.00000 |
|  | 60009023 | Washington | Gary |  | Abs Point Balance as of | 05/02/2019 | 05/02/2019 |  |  |  | 9.00 | 0.00000 |